UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CASSANDRA TAYLOR,

    Plaintiff(s),

v.

RICHARD DAY and AMERICAN HEAVY MOVING AND RIGGING INC.,

    Defendant(s).

Cause No. 1:20-cv-383

**PETITION FOR REMOVAL OF ACTION**

    Comes now Defendant, American Heavy Moving and Rigging Inc., by counsel Christine Riesner Bond, of Kopka Pinkus Dolin PC, and, for its Petition for Removal of Action, states:

    1.    On December 26, 2019, Plaintiff filed her Complaint in the Hendricks County Superior Court 1 under Cause Number 32D01-1912-CT-000183. Therein, plaintiff alleges that, on August 30, 2018, she was involved in a motor vehicle accident with a semi-tractor trailer owned by American Heavy Moving and Rigging Inc. and driven by Richard Day.

    2.    Defendant Richard Day is a resident of Fontana, California.

    3.    Defendant American Heavy Moving and Rigging Inc. is incorporated under the laws of the State of California with its principal place of business in Chino, San Bernardino County, California.

    4.    Plaintiff is a citizen of the State of Indiana.

    5.    This cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

    6.    Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds $75,000.

7. Defendant American Heavy Moving and Rigging Inc. was served with Plaintiff's Complaint by service through CSC on January 13, 2020.

8. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

9. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as Exhibit "A".

10. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Hendricks County Superior Court 1 that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, American Heavy Moving and Rigging Inc., prays that the entire state court action under Cause Number 32D01-1912-CT-000183 now pending in the Hendricks County Superior Court I of Indiana be removed to this Court for all further proceedings.

Dated this 3rd day of February, 2020.

Respectfully Submitted,

By: */s/ Leslie B. Pollie*
Leslie B. Pollie (#25716-49)
Christine Riesner Bond (#24667-49)
Attorney for American Heavy Moving and Rigging Inc.

CERTIFICATE OF SERVICE

       I hereby certify that on the 3rd day of February, 2020, a true and correct copy of the foregoing was served via electronic mail upon the following:

Samuel D. Krahulik
Krahulik Injury Counsel LLC
334 N. Senate Avenue
Indianapolis, IN 46204
sam@krahulikinjury.com

       *Leslie B. Pollie*