| STATE OF INDIANA | ) | HENDRICKS COUNTY SUPERIOR COURT 1 |
|---|---|---|
| | ) SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. |

CASSANDRA TAYLOR,                    )
                                     )
            Plaintiff,               )
                                     )
    v.                               )
                                     )
RICHARD DAY, and AMERICAN            )
HEAVY MOVING AND RIGGING INC.,       )
                                     )
            Defendants.              )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Cassandra Taylor, by counsel, Sam Krahulik, and for her Complaint for Damages against Defendants Richard Day and American Heavy Moving and Rigging Inc., states as follows:

1.      At all relevant times herein, Plaintiff Cassandra Taylor was a resident of Hendricks County, Indiana.

2.      At all relevant times herein, Defendant Richard Day was a CDL-licensed operator of a commercial motor vehicle.

3.      At all relevant times herein, Defendant American Heavy Moving and Rigging Inc. ("American Heavy Moving") was and is a corporation in the State of California and conducting business in the State of Indiana.

4.      On August 30, 2018, prior to 8:48 a.m., Defendant Richard Day was operating a 1995 Peterbilt tractor-trailer northbound on State Road 46 approaching the intersection with the entrance ramp onto I-70 West near Terre Haute, Indiana.

5.      At the same time Plaintiff Cassandra Taylor was driving her Nissan Rogue vehicle southbound on State Road 46 approaching the same intersection.

EXHIBIT A

6.      The traffic light was green for Cassandra Taylor and southbound traffic through the intersection.

7.      Defendant Richard Day disregarded the traffic signal for northbound and/or left turn traffic and proceeded to turn his tractor-trailer vehicle into the lane of Plaintiff's car, causing a collision.

8.      Defendant Richard Day was careless and negligent in one or more, but not limited to, the following respects:

      a.      The Defendant carelessly and negligently failed to yield the right-of-way to Plaintiff's vehicle;

      b.      The Defendant carelessly and negligently failed to maintain a proper lookout for other vehicles using the roadway; and

      c.      The Defendant failed to operate his vehicle in a reasonable and safe manner and avoid a collision with Plaintiff's vehicle.

9.      At the time, Defendant Richard Day was operating the Peterbilt commercial vehicle pursuant to authority conveyed by the United States Department of Transportation, Identification Number 0001048914, registered to American Heavy Moving and Rigging Inc.

10.     At the time, Defendant Richard Day was an employee of Defendant American Heavy Moving and was acting in the course and scope of this employment with Defendant American Heavy Moving.

11.     Defendant American Heavy Moving is vicariously liable for all damages caused by Defendant Richard Day.

12.     As a direct and proximate result of the Defendants' carelessness and negligence, Plaintiff Cassandra Taylor sustained personal injuries and emotional distress of the kind a reasonable

person would expect to incur and has thereby incurred damages.

13.     Plaintiff's injuries have resulted in a limitation of motion, and pain and suffering.

14.     Plaintiff, in order to treat her injuries and lessen her pain and suffering, has been required to engage the services of medical personnel, physicians, medical technicians, for treatment, medication, x-rays, and testing, for which the Plaintiff has incurred reasonable medical expenses.

15.     Plaintiff may require future medical care and treatment for her injuries, for which she would incur additional medical and treatment expenses.

16.     At the time of the collision, Plaintiff was gainfully employed and as a result of her injuries and treatment, she has lost income.

17.     As a direct and proximate result of the Defendants' carelessness and negligence, the Plaintiff has been damaged.

WHEREFORE, Plaintiff Cassandra Taylor prays for judgment against the Defendants in an amount commensurate with her injuries and damages, for costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,


/s/ Sam D. Krahulik
Sam D. Krahulik, #23037-49
Attorney for Plaintiff


KRAHULIK INJURY COUNSEL LLC
334 N Senate Ave
Indianapolis, Indiana 46204
Ph:     (317) 615-4285
Fax:    (317) 203-1000

STATE OF INDIANA        )       HENDRICKS COUNTY SUPERIOR COURT 1
                                  ) SS:
COUNTY OF HENDRICKS    )       CAUSE NO.

CASSANDRA TAYLOR,           )
                                   )
           Plaintiff,            )
                                   )
       v.                         )
                                   )
RICHARD DAY, and AMERICAN    )
HEAVY MOVING AND RIGGING INC.,   )
                                   )
           Defendants.       )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**       ☑ Initiating        ☐ Responding       ☐ Intervening

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  **Cassandra Taylor** .

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

     Name:         Sam D. Krahulik        Atty Number: _____23037-49_____
                      Krahulik Injury Counsel LLC   Phone: _____(317) 615-4285_____
     Address:     334 N. Senate Avenue       Fax: _____(317) 203-1000_____
                      Indianapolis, Indiana 46204   Email Address: _sam@krahulikinjury.com_

     *[List on continuation page the additional attorneys appearing for above party member(s).]*

3.    There are other party members:      ☐ Yes      ☑ No. *(If yes, list on continuation page.)*

4.    I will accept service by FAX at the above noted #:     ☐ Yes     ☑ No.

5.    This case involves support issues:        ☐ Yes     ☑ No.

6.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____CT_____.

7.    There are related cases:      ☐ Yes     ☑ No.

8.    This form has been served on all other parties and Certificate of Service is attached:      ☐ Yes      ☑ No.

9.      Additional information required by local rule:      Not Applicable      .

KRAHULIK INJURY COUNSEL LLC

/s/ Sam D. Krahulik
Sam D. Krahulik
Attorney No. 23037-49
Attorney for Plaintiff

KRAHULIK INJURY COUNSEL LLC
334 N Senate Ave
Indianapolis, Indiana 46204
Ph:     (317) 615-4285
Fax:    (317) 203-1000
Email: sam@krahulikinjury.com

2

# S U M M O N S

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HENDRICKS COUNTY SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO. |

| | |
|---|---|
| CASSANDRA TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD DAY, and AMERICAN | ) |
| HEAVY MOVING AND RIGGING INC., | ) |
| | ) |
| Defendants. | ) |

**TO DEFENDANT:**      **AMERICAN HEAVY MOVING AND RIGGING INC.**
c/o Earl Sutton
11532 East End Ave.
Chino, CA 91710

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated___12/26/2019___

_Debbie Hoskins_ (Seal)

Clerk, Hendricks Superior Court

**(The following manner of service of summons is hereby designated).**

_X_ Registered or certified mail.

___ Service at place of employment, to-wit:

___ Service on individual -- (Personal or copy) at above address. By Sheriff

___ Other service. (Specify)

Sam D. Krahulik, #23037-49
334 N Senate Ave
Indianapolis, IN  46204
Attorney for Plaintiff
(317) 615-4285

2

# *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20_____.

(1)  By delivering a copy of the Summons and a copy of the complaint to the defendant,

(2)  By leaving a copy of the Summons and a copy of the complaint at _____ _____ and by mailing a copy of said summons to said defendant at the above address.

(3)  Other Service or Remarks: _____.

_____

Sheriff's Costs                                        **Sheriff, Hendricks County**

By:     _____
        Deputy

# *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____                        **Clerk, Hendricks Superior Court**

By:     _____
        Deputy

# *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Dated:_____                        **Clerk, Hendricks Superior Court**

By:     _____
        Deputy

3

Case 1:20-cv-00383-SEB-MJD   Document 1-2   Filed 02/03/20   Page 9 of 20 PageID #: 14

32D01-1912-CT-000083
Hendricks Superior Court 1

Filed: 12/26/2019 11:55 AM
Clerk
Hendricks County, Indiana

# S U M M O N S

STATE OF INDIANA      )     HENDRICKS COUNTY SUPERIOR COURT 1
                      ) SS:
COUNTY OF HENDRICKS    )     CAUSE NO.

CASSANDRA TAYLOR,          )
                              )
       Plaintiff,            )
                              )
       v.                    )
                              )
RICHARD DAY, and AMERICAN    )
HEAVY MOVING AND RIGGING INC.,   )
                              )
       Defendants.       )

**TO DEFENDANT:**      **RICHARD DAY**
                            11345 Hoffman Ct.
                            Fontana, CA 92337

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated 12/26/2019           _Debbie Hoskins_ (Seal)

                     Clerk, Hendricks Superior Court

**(The following manner of service of summons is hereby designated).**

 X    Registered or certified mail.

___  Service at place of employment, to-wit:

___  Service on individual -- (Personal or copy) at above address.  By Sheriff

___  Other service.  (Specify)
Sam D. Krahulik, #23037-49

334 N Senate Ave
Indianapolis, IN  46204
Attorney for Plaintiff
(317) 615-4285

# *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20_____.

(1)   By delivering a copy of the Summons and a copy of the complaint to the defendant,

(2)   By leaving a copy of the Summons and a copy of the complaint at _____ _____ and by mailing a copy of said summons to said defendant at the above address.

(3)   Other Service or Remarks: _____.

_____
Sheriff's Costs

**Sheriff, Hendricks County**

By:   _____
      Deputy

# *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:_____

**Clerk, Hendricks Superior Court**

By:   _____
      Deputy

# *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ___ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Dated:_____

**Clerk, Hendricks Superior Court**

By:   _____
      Deputy

3

# NOTICE

Hendricks Superior Court 1
One Courthouse Square, #106
Danville Indiana 46122

Cassandra Taylor v. Richard Day,American Heavy Moving and                32D01-1912-CT-000183
Rigging Inc

    32D01-1912-CT-000183
To: Richard Day
    11345 HOFFMAN COURT
    FONTANA, CA 92337

---

**EVENTS**

| Entry Date | File Stamped / Order Signed | Event and Comments |
|---|---|---|
| 12/27/2019 | | Administrative Event<br>Case diaried for answer. na |

| OTHER PARTY - NOTICED | OTHER PARTY - ENOTICED |
|---|---|
| American Heavy Moving and Rigging Inc (Defendant) | Sam D Krahulik (Attorney) |

# NOTICE

Hendricks Superior Court 1
One Courthouse Square, #106
Danville Indiana 46122

Cassandra Taylor v. Richard Day,American Heavy Moving and                    32D01-1912-CT-000183
Rigging Inc

    32D01-1912-CT-000183
To:  American Heavy Moving and Rigging Inc
    c/o EARL SUTTON
    11532 EAST END AVENUE
    CHINO, CA 91710

---

**EVENTS**

| Entry Date | File Stamped / Order Signed | Event and Comments |
|---|---|---|
| 12/27/2019 | | Administrative Event<br>Case diaried for answer. na |

| OTHER PARTY - NOTICED | OTHER PARTY - ENOTICED |
|---|---|
| Richard  Day (Defendant) | Sam D Krahulik (Attorney) |

Filed: 1/8/2020 1:10 PM
Clerk
Hendricks County, Indiana

# S U M M O N S

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HENDRICKS COUNTY SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO.  32D01-1912-CT-000183 |

CASSANDRA TAYLOR,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )
                                           )
RICHARD DAY, and AMERICAN                  )
HEAVY MOVING AND RIGGING INC.,             )
                                           )
            Defendants.                    )

**TO DEFENDANT:**          **AMERICAN HEAVY MOVING AND RIGGING INC.**
                           c/o Registered Agent
                           1391 E. Phillips Blvd.
                           Pomona, CA 91766

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated __1/8/2020__

_Debbie  Hoskins_____(Seal)
Clerk, Hendricks Superior Court

**(The following manner of service of summons is hereby designated).**

_X_  Registered or certified mail.

___  Service at place of employment, to-wit:

___  Service on individual -- (Personal or copy) at above address.  By Sheriff

___  Other service.  (Specify)

Sam D. Krahulik, #23037-49
334 N Senate Ave
Indianapolis, IN  46204
Attorney for Plaintiff
(317) 615-4285

# *SHERIFF'S RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the ____ day of _____, 20_____.

(1)       By delivering a copy of the Summons and a copy of the complaint to the defendant,

(2)       By leaving a copy of the Summons and a copy of the complaint at _____
_____ and by mailing a copy of said summons to said defendant at the above address.

(3)       Other Service or Remarks: _____.

_____
Sheriff's Costs

**Sheriff, Hendricks County**

By: _____
      Deputy

# *CLERK'S CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated: _____

**Clerk, Hendricks Superior Court**

By: _____
      Deputy

# *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Dated: _____

**Clerk, Hendricks Superior Court**

By: _____
      Deputy

3

**DEBBIE HOSKINS, CLERK**

HENDRICKS CIRCUIT & SUPERIOR COURTS
51 W. MAIN STREET, #104
DANVILLE, INDIANA 46122

TEMP RETURN SERV REQ

FILED

CLERK OF HENDRICKS COUNTY

2020 JAN 13  AM 9: 20

*Hoskins*

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 46241  $ 000.38³
02 4W
0000362367 DEC 30 2019

NIXIE        911 NFE 1260 19 0001/04/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  46122170751      *2052-03325-04-19

# NOTICE

Hendricks Superior Court 1
One Courthouse Square, #106
Danville Indiana 46122

Cassandra Taylor v. Richard Day,American Heavy Moving and
Rigging Inc

32D01-1912-CT-000183

32D01-1912-CT-000183

To:  American Heavy Moving and Rigging Inc
    c/o EARL SUTTON
    11532 EAST END AVENUE
    CHINO, CA 91710

---

**EVENTS**

**File Stamped /**
**Entry Date   Order Signed   Event and Comments**

12/27/2019                     Administrative Event
                               Case diaried for answer. na

OTHER PARTY - NOTICED                    OTHER PARTY - ENOTICED

Richard  Day (Defendant)                 Sam D Krahulik (Attorney)