UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSANDRA TAYLOR | |
| Plaintiff(s), | |
| v. | CAUSE NO.: 1:20-cv-383-SEB-MJD |
| RICHARD DAY and AMERICAN HEAVY MOVING AND RIGGING, INC. | |
| Defendant(s). | |

## ORDER OF DISMISSAL

The parties, by counsel, having filed their Stipulation for Dismissal with prejudice of the above-captioned cause, and the Court being fully advised, determines that this cause should be and hereby is ordered dismissed with prejudice. Costs paid.

**SO ORDERED** on February 28, 2020.

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to parties via CM/ECF